# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 2, 2023

**By the Court:**

| | |
|---|---|
| JOHN BURKS, | ] Appeal from the United |
|     Plaintiff-Appellant, | ] States District Court for |
| | ] the Eastern District of |
| No. 23-1736     v. | ] Wisconsin. |
| | ] |
| JASON TATE, et al., | ] No. 2:20-cv-00782-PP |
|     Defendants-Appellees. | ] |
| | ] Pamela Pepper, |
| | ]    Chief Judge. |

## O R D E R

The court, on its own motion, orders attorney Jennifer Williams to show cause for her failure to respond to the court's order of May 17, 2023. Attorney Williams shall file her response on or before June 9, 2023.

Counsel is advised that failure to respond may result in monetary or disciplinary sanctions.